GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
THANDIWE NJENJANI,

        Plaintiff,

- v. -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
----------------------------------------x

7817

**REVISED BRIEFING SCHEDULE**

19 Civ. ___ (CS) (PED)

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judgment on the pleadings is due on or before March 30, 2020.

2. Defendant's response is due on or before May 29, 2020.

3. Plaintiff's reply, if any, is due on or before June 19, 2020.

SO ORDERED:

_____
United States Magistrate Judge

1/31/20